JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Thomas and Jodi Visalli
325 Winding Way
Glenside, PA 19038

**(b)** County of Residence of First Listed Plaintiff    Montgomery
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jonathan Wheeler, Esquire, 1617 JFK Blvd., Suite 1270
Philadelphia, PA 19103 (215) 568-2900

## DEFENDANTS
Allstate Property & Casualty Ins. Co., 3075 Sanders Road, Suite H1A,
Northbrook, IL 60062

County of Residence of First Listed Defendant    Cook
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Laura E. Kerns, Esquire - The Law Offices of Laura E. Kerns, LLC
PMB 330, 230 N. Maple Ave., Suite B1, Marlton, NJ 08053
(856) 810-8600

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
Plaintiff
- ☐ 3  Federal Question
*(U.S. Government Not a Party)*
- ☐ 2  U.S. Government
Defendant
- ☒ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only) and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ in excess of $75,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

FEB 23 2015

DATE   2/23/2015

SIGNATURE OF ATTORNEY OF RECORD   Laura E. Kerns S.J.

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**

15    0895

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 325 Winding Way, Glenside, PA 19038

Address of Defendant: 3075 Sanders Road, Suite H1A, Northbrook, IL 60062

Place of Accident, Incident or Transaction: 325 Winding Way, Glenside, PA 19038
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐  No☒ *See Disclosure*

Does this case involve multidistrict litigation possibilities?  *No*     Yes☐  No☐

*RELATED CASE, IF ANY:*  N/A

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☒ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*

I, Laura Kerns , counsel of record do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 2/23/2015          Laura E. Kerns          87021
                         Attorney-at-Law          Attorney I.D.#    FEB 23 2015

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 2/23/2015          Laura E. Kerns          87021
                         Attorney-at-Law          Attorney I.D.#

CIV. 609 (5/2012)



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Thomas and Jodi Visalli, h/w :        CIVIL ACTION

v. :

Allstate Prop. & Casualty Ins. Co. :      NO.    15    0895

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.      ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.      ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.      ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.      ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.      (X)

| | | |
|---|---|---|
| 2/23/2015 | Laura E. Kerns, Esq. | Laura E. Kerns |
| **Date** | **Attorney-at-law** | **Attorney for** Defendant |
| (856) 810-8600 | (856) 810-8601 | laura@lkernslaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

FEB 23 2015

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS VISALLI and | : | |
| JODI VISALLI, h/w, | : | CIVIL ACTION LAW |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | CASE No.: **15    0895** |
| ALLSTATE PROPERTY & CASUALTY | : | |
| INSURANCE COMPANY, | : | |
| Defendant | : | Jury Trial Demanded |

## NOTICE OF REMOVAL

TO:    THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Defendant, Allstate Property & Casualty Insurance Company, by and through its attorney, Laura E. Kerns, Esquire, hereby files this Notice of Removal of the above-captioned matter from the Court of Common Pleas of Philadelphia County, the jurisdiction which is now pending, to the United States District Court for the Eastern District of Pennsylvania and in support thereof avers as follows:

1.      This action was commenced by way of Civil Action Complaint filed in the Court of Common Pleas of Philadelphia County, Pennsylvania and given a court term and number of January Term, 2015,  Case#1132.  The Complaint was served upon Defendant, Allstate Property & Casualty Insurance Company ("Defendant") on January 22, 2015.

2.      The Complaint consists of two counts: Breach of Contract and Bad Faith pursuant to 42 Pa.C.S.A § 8371.

3.      At the time this action was commenced and continuing to the present, Defendant is a corporation incorporated under the laws of the State of Illinois, with its principal place of business in the State of Illinois.

4.      At the time this action was commenced and continuing to the present, the

Plaintiffs are citizens of the Commonwealth of Pennsylvania, with a residence at 325 Winding

Way, Glenside, Pennsylvania 19038.

5.      The amount in controversy, based on the allegations in Complaint, could exceed

the sum of Seventy-Five Thousand Dollars ($75,000.00) due to Plaintiffs' estimate of damages

totaling over $70,000.00 and the potential damages that may be awarded under 42 Pa.C.S.A.

§ 8371.

6.      The present lawsuit is removable from State Court to the District Court for the

Eastern District of Pennsylvania pursuant to 28 U.S.C.A. §1332(a)(2) and 28 U.S.C. §1441(a).

7.      Copies of all process, pleadings and orders that have been received by Defendant

are filed herewith and attached collectively hereto as Exhibit "A."

8.      This Notice is timely, being filed within thirty (30) days of service of the

Complaint.

WHEREFORE, Defendant, Allstate Property & Casualty Insurance Company,

respectfully requests the above captioned matter now pending against it in the Court of Common

Pleas of Philadelphia County, be removed to the United States District Court for the Eastern

District of Pennsylvania.

Respectfully Submitted,

THE LAW OFFICES OF LAURA E. KERNS, LLC

BY:    /s/ *Laura E. Kerns, Esquire*
          Laura E. Kerns, Esquire
          Attorney for Defendant,
          Allstate Property & Casualty Insurance Company
          PMB 330
          230 N. Maple Avenue, Suite B1
          Marlton, New Jersey 08053
          Phone: (856) 810-8600
Dated: February 23, 2015          Fax: (856) 810-8601
          Attorney I.D. #87021
          Email: laura@lkernslaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS VISALLI and | : | |
| JODI VISALLI, h/w, | : | CIVIL ACTION LAW |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | CASE No.: |
| ALLSTATE PROPERTY & CASUALTY | : | |
| INSURANCE COMPANY, | : | |
| Defendant | : | Jury Trial Demanded |

## **AFFIDAVIT**

I, Laura E. Kerns, Esquire, being sworn according to law deposes and says that she is the

counsel for Defendant, Allstate Property & Casualty Insurance Company, in the within matter;

and that she has read the foregoing Notice of Removal and believes it to be true and correct, to

the best of her knowledge, information and belief.

Respectfully Submitted,

THE LAW OFFICES OF LAURA E. KERNS, LLC

BY: _/s/ Laura E. Kerns, Esquire_
Laura E. Kerns, Esquire
Attorney for Defendant,
Allstate Property & Casualty Insurance Company
PMB 330
230 N. Maple Avenue, Suite B1
Marlton, New Jersey 08053
Phone: (856) 810-8600
Dated: February 23, 2015            Fax: (856) 810-8601
Attorney I.D. #87021
Email: laura@lkernslaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS VISALLI and | : | |
| JODI VISALLI, h/w, | : | CIVIL ACTION LAW |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | CASE No.: 15 0895 |
| ALLSTATE PROPERTY & CASUALTY | : | |
| INSURANCE COMPANY, | : | |
| Defendant | : | Jury Trial Demanded |

### NOTICE OF REMOVAL

TO:   Jonathan Wheeler, Esquire
Law Offices of Jonathan Wheeler, P.C.
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA  19103

PLEASE TAKE NOTICE that Defendant, Allstate Property & Casualty Insurance Company, on the 23rd day of February, 2015, herby filed in this Court a verified Notice of Removal of the State Court Action now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, January Term, 2015, Case#01132.

PLEASE TAKE FURTHER NOTICE that a certified copy of the Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

PLEASE BE ADVISED that in accordance with 28 U.S.C. Section 1446(f), the State Action is now removed to this Court.  The State Court has no further jurisdiction over this action and you should proceed no further in that Court or under its authority.

THE LAW OFFICES OF LAURA E. KERNS, LLC

BY:   /s/ Laura E. Kerns, Esquire
Laura E. Kerns, Esquire
Attorney for Defendant,
Allstate Property & Casualty Insurance Company

PMB 330
230 N. Maple Avenue, Suite B1
Marlton, New Jersey 08053
Phone: (856) 810-8600
Dated: February 23, 2015          Fax: (856) 810-8601
Attorney I.D. #87021
Email: laura@lkernslaw.com

| THOMAS VISALLI and | : | IN THE COURT OF COMMON PLEAS |
|---|---|---|
| JODI VISALLI, h/w, | : | OF PHILADELPHIA COUNTY |
| Plaintiffs | : | |
| v. | : | CIVIL LAW DIVISION |
| | : | |
| ALLSTATE PROPERTY & CASUALTY | : | |
| INSURANCE COMPANY, | : | **JANUARY TERM, 2015** |
| Defendant | : | **CASE NO.: 01132** |

## **PRAECIPE TO FILE PETITION FOR REMOVAL**

TO:   THE PROTHONOTARY OF THE COURT OF
      COMMON PLEAS OF PHILADELPHIA COUNTY:

Pursuant to 28 U.S.C. §1446(e), Defendant, Allstate Property & Casualty Insurance

Company, files herewith a copy of the Notice of Removal, which was filed in the United States

District Court for the Eastern District of Pennsylvania on February 23, 2015.

.

THE LAW OFFICES OF LAURA E. KERNS, LLC

BY:   /s/ *Laura E. Kerns, Esquire*
      Laura E. Kerns, Esquire
      Attorney for Defendant,
      Allstate Property & Casualty Insurance Company
      PMB 330
      230 N. Maple Avenue, Suite B1
      Marlton, New Jersey 08053
      Phone: (856) 810-8600
Dated: February 23, 2015        Fax: (856) 810-8601
      Attorney I.D. #87021
      Email: laura@lkernslaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS VISALLI and | : | |
| JODI VISALLI, h/w, | : | CIVIL ACTION LAW |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | CASE No.: |
| ALLSTATE PROPERTY & CASUALTY | : | |
| INSURANCE COMPANY, | : | |
| Defendant | : | Jury Trial Demanded |

## ORDER

AND NOW, this _____ day of _____, 2015, upon consideration of

the Petition of Defendant, Allstate Property & Casualty Insurance Company, and any response

thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Petition is **GRANTED** and

the action of Thomas and Jodi Visalli v. Allstate Property & Casualty Insurance Company,

January Term, 2015, Case #1132, is removed from the Court of Common Pleas of Philadelphia

County, Pennsylvania and transferred to the United States District Court for the Eastern District

of Pennsylvania.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

# EXHIBIT "A"

*Law Offices of*
# Jonathan Wheeler, P.C.

Jonathan Wheeler, Esquire
Richard F. Ostriak, Esquire*
Caleb H. Wheeler, Esquire
Anthony DiUlio, Esquire
Mario L. Barnabei, Esquire

*Admitted to PA & NJ Bars*
*\*Admitted to PA Bar*

Pamela Kaplan, Paralegal

One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
215.568.2900
215.568.2901 fax
www.jwheelerlaw.com

E-mail: jwheeler@jwheelerlaw.com

Our File No.:   501-4296

January 13, 2015

Allstate Property & Casualty
    Insurance Company
3075 Sanders Road, Suite H1A
Northbrook, IL 60062-7127

**INTAKE UNIT**

**JAN 23 2015**

Re:   **Thomas Visalli, et al. v. Allstate Property & Casualty Insurance Co.**
      **CCP Philadelphia County, January Term, 2015, No. 01132**

Dear Sir/Madam:

Enclosed please find a true and correct copy of Plaintiffs' Civil Action Complaint filed against you in the Court of Common Pleas of Philadelphia County.  Please be advised that you have twenty (20) days in which to respond to this Complaint, pursuant to the Pennsylvania Rules of Civil Procedure, otherwise a default judgment may be filed against you.

Kindly forward this Complaint to your attorney immediately.

Very truly yours,

JONATHAN WHEELER

JW/js
Enclosure

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**
**NO. 7014 2870 0001 8004 0060**

New Jersey Office:
411 Route 70 East, Suite 100, Cherry Hill, NJ 08034, Tel: 856.874.1447, Fax: 856.482.5651

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**JANUARY 2015**

Filing Number: 150102053-5

**001132**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| THOMAS VISALLI | ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 325 WINDING WAY GLENSIDE PA 19038-2114 | 2775 SANDERS ROAD NORTHBROOK IL 60062-6110 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| JODI VISALLI | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 325 WINDING WAY GLENSIDE PA 19038-2114 | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION | | |
|---|---|---|---|---|
| 2 | 1 | [X] Complaint  [ ] Writ of Summons | [ ] Petition Action  [ ] Transfer From Other Jurisdictions | [ ] Notice of Appeal |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less  [X] More than $50,000.00 | [ ] Arbitration  [ ] Jury  [X] Non-Jury  [ ] Other: | [ ] Mass Tort  [ ] Savings Action  [ ] Petition | [ ] Commerce  [ ] Minor Court Appeal  [ ] Statutory Appeals | [ ] Settlement  [ ] Minors  [ ] W/D/Survival |

**CASE TYPE AND CODE**

10 - CONTRACTS OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| | **FILED** **PRO PROTHY** JAN **13** 2015 **K. EDWARDS** | YES          NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: THOMAS VISALLI , JODI VISALLI

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JONATHAN WHEELER | 1617 JFK BLVD SUITE 1270 PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)568-2900 | (215)568-2901 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 12649 | pkaplan@jwheelerlaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JONATHAN WHEELER | Tuesday, January 13, 2015, 10:20 am |

MAJOR CASE
JURY TRIAL WAIVED

*Filed and attested by*
*Attorney...* *...* *by*
*PROTHONOTARY*

**LAW OFFICES OF JONATHAN WHEELER, P.C.**
BY: Jonathan Wheeler, Esquire
Attorney I.D. No.: 12649
One Penn Center – Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
Phone: (215) 568-2900
Email: jwheeler@jwheelerlaw.com

| | |
|---|---|
| THOMAS VISALLI and<br>JODI VISALLI, h/w<br>325 Winding Way<br>Glenside, PA 19038-2114<br><br>vs.<br><br>ALLSTATE PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br>2775 Sanders Road<br>Northbrook, IL 60062-6110 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>TERM, 2014<br><br>NO.<br>Major Case |

## CIVIL ACTION COMPLAINT (1C-Contract)

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral Service
1101 Market St., 11th Floor
Philadelphia, PA 19107-2911
Telephone: 215-238-6333
Fax: 215-238-1159

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6333

Case ID: 15010113

**MAJOR CASE**
**JURY TRIAL WAIVED**

**LAW OFFICES OF JONATHAN WHEELER, P.C.**
BY: Jonathan Wheeler, Esquire            Attorney for Plaintiff(s)
Attorney I.D. No.: 12649
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
Phone: (215) 568-2900
Email: jwheeler@jwheelerlaw.com

| | |
|---|---|
| THOMAS VISALLI and<br>JODI VISALLI, h/w<br>325 Winding Way<br>Glenside, PA 19038-2114 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| vs. | TERM, 2014 |
| ALLSTATE PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br>2775 Sanders Road<br>Northbrook, IL 60062-6110 | NO.<br>Major Case |

### CIVIL ACTION COMPLAINT (1C - Contract)

    1.      Plaintiffs, Thomas and Jodi Visalli, h/w, are adult individuals residing at the address

set forth above.

    2.      Defendant, Allstate Property and Casualty Insurance Company ("ALLSTATE"), is

a corporation duly organized and existing which is authorized to conduct business as an insurance

company within the Commonwealth of Pennsylvania and maintains a place of business for that

purpose at the address set forth above. ALLSTATE regularly conducts business and issues policies

of insurance within the City and County of Philadelphia, thereby making it subject to the jurisdiction

and venue of the Court of Common Pleas of Philadelphia.

    3.      Defendant, ALLSTATE, in its regular course of business issued to Plaintiffs a policy

of insurance ("the Policy") covering Plaintiffs' property located at 325 Winding Way, Glenside, PA

19038-2114 ("the premises").  A true and correct copy of the declarations page of said policy is attached hereto and incorporated herein as Exhibit "A".

4.      On or about February 5, 2014, while the Policy was in full force and effect, Plaintiffs suffered sudden and accidental direct physical loss and damage to the insured premises believed to be the result of a peril or perils insured against under the ALLSTATE Policy, to wit, windstorm, rain and related peril, together with a falling tree, resulting in damage to the insured premises in those areas and to the extent set forth in the preliminary estimate of loss, as well as damage to the contents, for an amount in excess of $50,000.00.  True and correct copies of preliminary estimates of loss are attached hereto, made part hereof and marked Exhibit "B".

5.      Notice of this covered loss was given to Defendant in a prompt and timely manner and Plaintiffs, at all relevant times, fully complied with all of the terms and conditions required by the Policy.

6.      Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiffs monies owed for the damages suffered as a result of the loss.

7.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiffs as required under the Policy, Plaintiffs have suffered loss and damage in an amount in excess of $50,000.00.

### COUNT I
### In Assumpsit - Breach of Contract

8.      Plaintiffs incorporate by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9.      Defendant is obligated by the terms of the contract to indemnify Plaintiffs' loss.

10.     Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiffs' loss, Defendant has not paid to Plaintiffs all of the policy benefits to which they are entitled under the Policy.

11.     Defendant's denial of coverage was made without a reasonable basis in fact.

12.     Defendant's refusal to indemnify Plaintiffs' loss constitutes a breach of the insurance contract.

WHEREFORE, Plaintiffs demand judgment against Defendant in an amount in excess of $50,000.00, together with interest and court costs.

### COUNT II
### In Trespass - 42 Pa.C.S.A. §8371

13.     Plaintiffs incorporate by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

14.     Defendant has engaged in bad faith conduct toward Plaintiffs with respect to its adjustment of Plaintiffs' covered loss, in violation of 42 Pa.C.S.A. §8371 et seq.

15.     In furtherance of its bad faith and wrongful denial and refusal to pay benefits for Plaintiffs' covered loss, Defendant, acting by and through its duly authorized agents, servants, workmen or employees, including, but not limited to, David Brown, has engaged in the following conduct:

a.     in falsely representing that the covered peril causing Plaintiffs' loss was "freezing" when he knew that this representation was false, fraudulent and misleading made solely for the purpose of depriving Plaintiffs of benefits owed under the Policy.

b.     in failing to complete a prompt and thorough investigation of Plaintiffs' claim before representing that such claim is not covered under the Policy;

c.    in failing to pay Plaintiffs' covered loss in a prompt and timely manner;

d.    in failing to objectively and fairly evaluate Plaintiffs' claim;

e.    in conducting an unfair and unreasonable investigation of Plaintiffs' claim;

f.    in asserting Policy defenses without a reasonable basis in fact;

g.    in flatly misrepresenting pertinent facts or policy provisions relating to coverages at issue and placing unduly restrictive interpretations on the Policy and/or claim forms;

h.    in failing to keep Plaintiffs or their representatives fairly and adequately advised as to the status of the claim;

i.    in unreasonably valuing the loss and failing to fairly negotiate the amount of the loss with Plaintiffs or their representatives;

j.    in failing to promptly provide a reasonable factual explanation of the basis for the denial of Plaintiffs' claim;

k.    in unreasonably withholding policy benefits;

l.    in acting unreasonably and unfairly in response to Plaintiffs' claim;

m.    in unnecessarily and unreasonably compelling Plaintiffs to institute this lawsuit to obtain policy benefits for a covered loss, that Defendant should have paid promptly and without the necessity of litigation.

16.    For the reasons set forth above, Defendant has acted in bad faith in violation of 42 Pa.C.S.A. §8371, for which Defendant is liable for statutory damages including interest from the date the claim was made in an amount equal to the prime rate of interest plus three percent, court costs, attorneys' fees, punitive damages, and such other compensatory and/or consequential damages as are permitted by law.

**WHEREFORE**, Plaintiffs demand judgment against Defendant in an amount in excess of $50,000.00, together with interest, court costs, counsel fees and damages for delay.

LAW OFFICES OF JONATHAN WHEELER, P.C.

BY: _/s/ Jonathan Wheeler_

JONATHAN WHEELER, ESQUIRE
Attorney for Plaintiff(s)

*Civil Action Complaint*

## VERIFICATION

The undersigned hereby states that they are the plaintiffs in this action and that the statements of fact made in the foregoing document are true and correct to the best of their information and belief.

The undersigned understands that the statements herein are made subject to the penalties of 18 Pa. Cons. Stat. Ann. § 4904 relating to unsworn falsification to authorities.

_____
THOMAS VISALLI

_____
JODI VISALLI

DATE: 12/20/2014

Case ID: 15010113

## Allstate Property and Casualty Insurance Company  Allstate.
You're in good hands.

### AMENDED
# Homeowners
# Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)** | **YOUR ALLSTATE AGENT IS:** | **CONTACT YOUR AGENT AT:** |
| Thomas & Jodi Visalli | The Rising Sun Agcy | (215) 956-9755 |
| 325 Winding Way | 124 S York Road | |
| Glenside PA 19038-2114 | Hatboro PA 19040 | |

| | | |
|---|---|---|
| **POLICY NUMBER** | **POLICY PERIOD** | **PREMIUM PERIOD** |
| 9 28 291859 02/25 | Begins on Feb. 25, 2013 | Feb. 25, 2013 to Feb. 25, 2014 |
| | at 12:01 A.M. standard time, | at 12:01 A.M. standard time |
| | with no fixed date of expiration | |

**LOCATION OF PROPERTY INSURED**
325 Winding Way, Glenside, PA 19038-2114

**MORTGAGEE**

- GMAC MORTGAGE LLC    ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 4025     Coraopolis PA 15108-6942      *Loan # 0688040918*

## Total Premium for the Premium Period *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,281.40 |
| Premium for Scheduled Personal Property Coverage | $73.00 |
| **TOTAL** | **$1,354.40** |



EXHIBIT

*A*

PRNP *01000371303115301927030Z*

Case ID: 15010113

# Allstate Property and Casualty Insurance Company

Policy Number: 9 28 291859 02/25   Your Agent: The Rising Sun Agcy  (215) 956-9755
For Premium Period Beginning:   Feb. 25, 2013

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br> • $250   All Other Peril Deductible Applies<br> • $5,292  Tropical Cyclone Deductible Applies | $264,648 | |
| Other Structures Protection<br> • $250   All Other Peril Deductible Applies<br> • $5,292  Tropical Cyclone Deductible Applies | $26,465 | |
| Personal Property Protection - Reimbursement Provision<br> • $250   All Other Peril Deductible Applies<br> • $5,292  Tropical Cyclone Deductible Applies | $198,486 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $300,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Identity Theft Expenses | $25,000 | per premium period |
| Water Back-Up<br> • $1,000  Water Back-Up Deductible Applies | $10,000 | |

## DISCOUNTS  Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 6.00 % | Protective Device (SPP) | 15.00 % |
| Claim Free | 18.00 % | Home and Auto | 30.00 % |

## RATING INFORMATION
The dwelling is of Frame construction and is occupied by  1 family
Your dwelling is  1     mile(s) to the fire department

# Allstate Property and Casualty Insurance Company    Allstate.
You're 'n good hands.

Policy Number:  9 28 291859 02/25      Your Agent:  The Rising Sun Agcy  (215) 956-9755
For Premium Period Beginning:   Feb. 25, 2013

## Scheduled Personal Property Coverage

Your policy includes Scheduled Personal Property Coverage. Please refer to the Scheduled Personal Property endorsement (form APC201) for terms, conditions and exclusions applicable to your Scheduled Personal Property Coverage.

| PROPERTY CLASS(ES) AND APPLICABLE DEDUCTIBLES | TOTAL OF INDIVIDUAL ITEM LIMITS PER CLASS (See your APC201 for coverage limits applicable for each scheduled item) |
|---|---|
| Jewelry | $4,500 |

## Your Policy Documents

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Identity Theft Expenses Endorsement form AP3311
- Scheduled Personal Property End. form APC201
- Tropical Cyclone Deductible End. form AP4544
- Homeowners Policy form APC215
- Extended Protection Amendatory End. form APC232
- Pennsylvania Amendatory Endorsement form AP4794

## Important Payment and Coverage Information

The Property Insurance Adjustment condition applies.

Do not pay.  Mortgagee has been billed.

IN WITNESS WHEREOF, Allstate Property and Casualty Insurance Company has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of Allstate Property and Casualty Insurance Company.

Steven P. Sorenson
President

Mary J. McGinn
Secretary

PROP *010003713031159UJ9Z'0303"

1CD21-3

Information as of
March 11, 2013

**Page 3**
PA07OAMD

Case ID: 15010113

**Novick Adjustment Company**
4722 Princeton Avenue
Philadelphia PA 19135

THOMAS VISALLI
325 WINDING WAY
GLENSIDE PA 19038

| | | |
|---|---|---|
| Date of Est.: | 2/17/1914 |
| Estimator: | Michael White |
| File Number: | 14028 |
| Date of Loss: | 2/5/1914 |
| Type of Loss: | STORM DAMAGE |

| | Description | Repairs |
|---|---|---|
| 01 | Demolition | $1,774.50 |
| 02 | Lumber & Millwork | $653.97 |
| 04 | Roofing | $13,367.76 |
| 05 | HVAC | $1,957.30 |
| 08 | Insulation | $450.00 |
| 09 | Dry Wall | $375.00 |
| 10 | Plaster | $2,375.00 |
| 15 | Decorating | $5,893.16 |
| 16 | Electrical | $4,584.07 |
| 17 | Masonry | $375.00 |
| 23 | Siding & Cappings | $23,398.68 |
| 28 | Miscellaneous & Hardware | $932.28 |
| 99 | Building Cleaning | $974.70 |

| | |
|---|---|
| Sub Total: | $57,111.43 |
| Overhead : 10% | $5,711.14 |
| SubTotal: | $62,822.57 |
| Profit: 10% | $6,282.26 |
| SubTotal: | $69,104.83 |
| Ins Tax Permits: 3% | $2,073.14 |
| Total: | $71,177.97 |

✱ - not included in Overhead, Profit, and Ins Tax Permits calculations.



EXHIBIT
**B**

Case ID: 15010113

THOMAS VISALLI                325 WINDING WAY   GLENSIDE, PA 19038                2/17/1914
                                                                                  14028

**MASTER BEDROOM**          (11' 8" X 16' 8" X 8' 0")
Offset 1                    (0' 0" X 0' 0" X 0' 0")
Offset 2                    (0' 0" X 0' 0" X 0' 0")

Linear Feet: 57      Wall Sf: 453        Ceiling SF: 194        Total SF: 648

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Plaster Repair ( Minimum) | 1 | $575.00 | ea | $575.00 | 10 |
| Remove & Reset Ceiling Fan | 1 | $69.73 | ea | $69.73 | 16 |
| Seal & Paint Walls & Ceiling | 648 | $1.31 | sf | $850.82 | 15 |
| Remove & Reset Smoke Detector | 1 | $27.86 | ea | $27.86 | 16 |
| Paint Woodwork Units to 6" | 57 | $1.27 | lf | $72.62 | 15 |
| Paint Window Trim Oneside | 2 | $19.54 | un | $39.08 | 15 |
| Paint Doors Oneside | 4 | $21.03 | un | $84.14 | 15 |
| Paint Door Trim & Jamb 1 side | 4 | $19.53 | un | $78.10 | 15 |
| Clean Carpets | 194 | $0.59 | sf | $113.49 | 99 |
| R & R Contents & Protect | 1 | $36.14 | ea | $36.14 | 28 |
| | | Total Room Price: | | $1,946.98 | |

**BATHROOM**                (7' 0" X 6' 3" X 8' 0")
Offset 1                    (0' 0" X 0' 0" X 0' 0")
Offset 2                    (0' 0" X 0' 0" X 0' 0")

Linear Feet: 26      Wall Sf: 212        Ceiling SF: 44        Total SF: 256

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Drywall Repair (Min Charge) | 1 | $375.00 | ea | $375.00 | 09 |
| Exhaust Fan/Heat Lamp | 1 | $252.77 | ea | $252.77 | 16 |
| Seal & Paint Walls & Ceiling | 256 | $1.31 | sf | $336.13 | 15 |
| Paint Doors Oneside | 1 | $21.03 | un | $21.03 | 15 |
| Paint Door Trim & Jamb 1 side | 1 | $19.53 | un | $19.53 | 15 |
| Paint Window Trim Oneside | 1 | $19.54 | un | $19.54 | 15 |
| Remove & Reset Blinds | 1 | $17.33 | ea | $17.33 | 02 |
| Remove & Reset Light Fixture | 1 | $36.95 | ea | $36.95 | 16 |
| Remove & Reset mirror | 1 | $25.00 | ea | $25.00 | 28 |
| Clean Floor | 44 | $0.31 | sf | $13.73 | 99 |
| | | Total Room Price: | | $1,117.00 | |

Case ID: 15010113

THOMAS VISALLI          325 WINDING WAY   GLENSIDE, PA 19038          2/17/1914
                                                                     14028

**BOY'S BEDROOM**          (12' 0" X 15' 0" X 8' 0")
Offset 1                  (0' 0" X 0' 0" X 0' 0")
Offset 2                  (0' 0" X 0' 0" X 0' 0")

Linear Feet: 54      Wall SF: 432      Ceiling SF: 180      Total SF: 612

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Plaster Repair ( Minimum) | 1 | $575.00 | ea | $575.00 | 10 |
| Remove & Reset Ceiling Fan | 1 | $69.73 | ea | $69.73 | 16 |
| Seal & Paint Walls & Ceiling | 612 | $1.31 | sf | $803.56 | 15 |
| Paint Woodwork Units to 6" | 54 | $1.27 | lf | $68.80 | 15 |
| Paint Doors Oneside | 3 | $21.03 | un | $63.10 | 15 |
| Paint Door Trim & Jamb 1 side | 2 | $19.53 | un | $39.05 | 15 |
| Paint Window Trim Oneside | 2 | $19.54 | un | $39.08 | 15 |
| Remove & Reset Blinds | 2 | $17.33 | ea | $34.66 | 02 |
| Remove & Reset Smoke Detector | 1 | $27.86 | ea | $27.86 | 16 |
| Clean Carpets | 180 | $0.59 | sf | $105.30 | 99 |
| R & R Contents & Protect | 1 | $36.14 | ea | $36.14 | 28 |
| | | **Total Room Price:** | | **$1,862.27** | |

**HALLWAY**          (18' 6" X 3' 1" X 8' 0")
Offset 1             (8' 6" X 3' 0" X 8' 0")
Offset 2             (0' 0" X 0' 0" X 0' 0")

Linear Feet: 66      Wall SF: 528      Ceiling SF: 81      Total SF: 609

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Plaster Repair ( Minimum) | 1 | $275.00 | ea | $275.00 | 10 |
| Seal & Paint Walls & Ceiling | 609 | $1.31 | sf | $799.62 | 15 |
| Remove & Reset Light Fixture | 2 | $36.95 | ea | $73.89 | 16 |
| Remove & Reset Smoke Detector | 2 | $27.86 | ea | $55.72 | 16 |
| Paint Woodwork Units to 6" | 66 | $1.27 | lf | $84.08 | 15 |
| Paint Doors Oneside | 6 | $21.03 | un | $126.20 | 15 |
| Paint Door Trim & Jamb 1 side | 6 | $19.53 | un | $117.16 | 15 |
| Remove & Reset Thermostat | 1 | $42.24 | ea | $42.24 | 16 |
| Remove & Reset Alarm Pad | 1 | $125.00 | ea | $125.00 | 16 |
| Remove & Reset Door Chimes | 1 | $45.00 | ea | $45.00 | 16 |
| Remove & Reset Railing | 1 | $35.00 | ea | $35.00 | 16 |
| Clean Floors Strip & Wax | 81 | $0.29 | sf | $23.17 | 99 |
| | | **Total Room Price:** | | **$1,802.07** | |

Case ID: 15010113

THOMAS VISALLI      325 WINDING WAY  GLENSIDE, PA 19038      2/17/1914
                                                                           14028

**LIVING ROOM/DINING ROOM**     (16' 6" X 13  6" X 8' 0 " ) -
  Offset 1                     (11' 0" X 17  3" X 8' 0 " )
  Offset 2                     (0' 0" X 0' 0" X 0' 0 " )

Linear Feet: 116      Wall Sf: 932      Ceiling SF: 412      Total SF: 1344

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Plaster Repair ( Minimum) | 1 | $575.00 | ea | $575.00 | 10 |
| Remove & Reset Chandelier | 1 | $95.00 | ea | $95.00 | 16 |
| Remove & Reset Light Fixture | 8 | $36.95 | ea | $295.57 | 16 |
| Seal & Paint Walls & Ceiling | 1344 | $1.31 | sf | $1,764.67 | 15 |
| Paint Woodwork Units to 6" | 116 | $1.27 | lf | $147.78 | 15 |
| Paint Doors Oneside | 1 | $21.03 | un | $21.03 | 15 |
| Paint Door Trim & Jamb 1 side | 3 | $19.53 | un | $58.58 | 15 |
| Paint Window Trim Oneside | 4 | $19.54 | un | $78.16 | 15 |
| Remove & Reset Blinds | 3 | $17.33 | ea | $51.99 | 02 |
| Remove & Reset Motion Detector | 1 | $45.00 | ea | $45.00 | 16 |
| Remove & Reset Mirror | 2 | $25.00 | ea | $50.00 | 16 |
| R & R Contents & Protect | 1 | $75.00 | ea | $75.00 | 28 |
| Clean Floors Strip & Wax | 412 | $0.29 | sf | $117.83 | 99 |
| | | **Total Room Price:** | | $3,375.61 | |

**KITCHEN**                 (7' 6" X 11' 3" X 8' 0 " )
  Offset 1                     (5' 6" X 8' 4" X 8' 0 " )
  Offset 2                     (0' 0" X 0' 0' X 0' 0 " )

Linear Feet: 68      Wall Sf: 525      Ceiling BF: 132      Total SF: 657

| Description | Quantity | Price | | Total | # |
|---|---|---|---|---|---|
| Plaster Repair ( Minimum) | 1 | $375.00 | ea | $375.00 | 10 |
| Seal & Paint Ceiling (2 Coats) | 132 | $1.22 | sf | $161.30 | 15 |
| Remove & Reset Light Fixture | 5 | $36.95 | ea | $184.73 | 16 |
| Remove & Reset Exhaust Fan | 1 | $45.00 | ea | $45.00 | 16 |
| Clean Floor | 132 | $0.31 | sf | $41.18 | 99 |
| Replaced Spoiled Food | 1 | $500.00 | lot | $500.00 | 28 |
| | | **Total Room Price:** | | $1,307.22 | |

**ATTIC**                  (0' 0" X 0' 0'  X 0' 0 " )
  Offset 1                     (0' 0" X 0' 0'  X 0' 0 " )
  Offset 2                     (0' 0" X 0' 0'  X 0' 0 " )

Linear Feet: 0      Wall Sf: 0      Ceiling SF: 0      Total SF: 0

| Description | Quantity | Price | Total | # |
|---|---|---|---|---|

Case ID: 15010113

THOMAS VISALLI        325 WINDING WAY   GLENSIDE, PA 19038              2/17/1914
                                                                       14028

| | Quantity | Price | Total | # |
|---|---|---|---|---|
| Replace Roof Rafters | 2 | $275.00 ea | $550.00 | 02 |
| nsulation (Minimum Charge) | 1 | $450.00 ea | $450.00 | 08 |
| | | **Total Room Price:** | **$1,000.00** | |

---

**ROOF**            (0' 0" X 0' (" X 0' 0 " )
Offset 1            (0' 0" X 0' (" X 0' 0 " )
Offset 2            (0' 0" X 0' (" X 0' 0 " )

Linear Feet: 0      Wall Sf: 0          Ceiling SF: 0        Total SF: 0

| Description | Quantity | Price | Total | # |
|---|---|---|---|---|
| Roof Decking | 564 | $3.75 sf | $2,115.00 | 04 |
| Roofing Removal | 1990 | $0.95 sf | $1,890.50 | 04 |
| Asphalt Felt Paper | 1990 | $0.95 sf | $1,890.50 | 04 |
| Asphalt Shingles 240 lb | 2189 | $3.25 sf | $7,114.25 | 04 |
| Vent Collars | 2 | $93.76 ea | $187.51 | 04 |
| Flash Valley | 2 | $85.00 ea | $170.00 | 04 |
| Masonry Patch Chimney | 1 | $375.00 ea | $375.00 | 17 |
| Aluminum Gutters | 133 | $7.25 lf | $964.25 | 23 |
| Aluminum Down Spouts | 75 | $6.75 lf | $506.25 | 23 |
| Aluminum Fascia Capping to 8" | 133 | $4.50 lf | $598.50 | 23 |
| | | **Total Room Price:** | **$15,811.76** | |

---

**REAR EXTERIOR**   (0' 0" X 0' 0' X 0' 0 " )
Offset 1            (0' 0" X 0' 0' X 0' 0 " )
Offset 2            (0' 0" X 0' 0' X 0' 0 " )

Linear Feet: 0      Wall Sf: 0          Ceiling SF: 0        Total SF: 0

| Description | Quantity | Price | Total | # |
|---|---|---|---|---|
| Siding Removal | 630 | $0.95 sf | $598.50 | 23 |
| Tyvek Wrap | 630 | $1.00 sf | $630.00 | 23 |
| Vinyl Siding | 693 | $4.55 sf | $3,153.15 | 23 |
| Aluminum Capping (Avg Window) | 3 | $85.00 ea | $255.00 | 23 |
| Aluminum Capping (Average Door) | 2 | $85.00 ea | $170.00 | 23 |
| Remove & Reset Light Fixture | 3 | $65.00 ea | $195.00 | 16 |
| Exterior Spot Light | 1 | $162.03 ea | $162.03 | 16 |
| | | **Total Room Price:** | **$5,163.68** | |

Case ID: 15010113

THOMAS VISALLI          325 WINDING WAY   GLENSIDE, PA 19038          2/17/1914
                                                                      14028

**LEFT EXTERIOR**          (0' 0" X  0' (" X  0' 0 ")
Offset 1                   (0' 0" X  0' (" X  0' 0 ")
Offset 2                   (0' 0" X  0' (" X  0' 0 ")

Linear Feet:  0      Wall Sf:  0          Ceiling SF:  0          Total SF:  0

| Description | Quantity | Price | Total | # |
|---|---|---|---|---|
| Siding Removal | 641 | $0.95  sf | $608.95 | 23 |
| Tyvek Wrap | 641 | $1.00  sf | $641.00 | 23 |
| Vinyl Siding | 705 | $4.55  sf | $3,207.75 | 23 |
| Aluminum Capping (Avg Window | 5 | $85.00  ea | $425.00 | 23 |
| Remove & Reset Light Fixture | 1 | $65.00  ea | $65.00 | 16 |
| Remove & Reset Dryer Vent Cap | 1 | $35.00  ea | $35.00 | 28 |
| 100 AMP Service Entrance | 1 | $2,260.00 ea | $2,260.00 | 16 |
| | | **Total Room Price:** | $7,242.70 | |

**RIGHT EXTERIOR**         (0' 0" X  0' (" X  0' 0 ")
Offset 1                   (0' 0" X  0' (" X  0' 0 ")
Offset 2                   (0' 0" X  0' (" X  0' 0 ")

Linear Feet:  0      Wall Sf:  0          Ceiling SF:  0          Total SF:  0

| Description | Quantity | Price | Total | # |
|---|---|---|---|---|
| Siding Removal | 440 | $0.95  sf | $418.00 | 23 |
| Tyvek Wrap | 440 | $0.95  sf | $418.00 | 23 |
| Vinyl Siding | 484 | $4.55  sf | $2,202.20 | 23 |
| Remove & Reset Light Fixture | 1 | $65.00  ea | $65.00 | 16 |
| Aluminum Capping (Avg Window | 1 | $85.00  ea | $85.00 | 23 |
| 2 Ton AC Condensing Unit | 1 | $1,957.30 ea | $1,957.30 | 05 |
| Remove & Reset Shutters | 1 | $75.00  set | $75.00 | 23 |
| | | **Total Room Price:** | $5,220.50 | |

**FRONT EXTERIOR**         (0' 0" X  0' 0' X  0' 0 ")
Offset 1                   (0' 0" X  0' 0' X  0' 0 ")
Offset 2                   (0' 0" X  0' 0' X  0' 0 ")

Linear Feet:  0      Wall Sf:  0          Ceiling SF:  0          Total SF:  0

| Description | Quantity | Price | Total | # |
|---|---|---|---|---|
| Siding Removal | 543 | $0.95  sf | $515.85 | 23 |
| Tyvek Wrap | 543 | $1.00  sf | $543.00 | 23 |
| Vinyl Siding | 597 | $4.55  sf | $2,716.35 | 23 |
| Remove & Reset Light Fixture | 4 | $65.00  ea | $260.00 | 16 |
| Aluminum Capping (Avg Window | 85 | $50.26  ea | $4,271.93 | 23 |

Page 5 of 6

**THOMAS VISALLI**   **325 WINDING WAY   GLENSIDE, PA 19038**   2/17/1914
14028

| Description | Quantity | Price | Total | # |
|---|---|---|---|---|
| Aluminum Capping (Average Door) | 2 | $85.00  ea | $170.00 | 23 |
| Remove & Reset Flower Boxes | 4 | $45.00  ea | $180.00 | 28 |
| Remove & Reset Shutters | 3 | $75.00  set | $225.00 | 23 |
| Remove & Reset Mail Box | 1 | $45.00  ea | $45.00 | 28 |
| | | **Total Room Price:** | $8,927.13 | |

**MISCELLANEOUS**   (0' 0" X  0' (" X  0' 0 " )
Offset 1   (0' 0" X  0' (" X  0' 0 " )
Offset 2   (0' 0" X  0' (" X  0' 0 " )

Linear Feet:  0   Wall Sf:  0   Ceiling SF:  0   Total SF:  0

| Description | Quantity | Price | Total | # |
|---|---|---|---|---|
| Demo Carpenters Labor Per Day | 1 | $326.30  ea | $326.30 | 01 |
| Demo Laborer Per Day | 2 | $197.60  ea | $395.20 | 01 |
| Dumpster 40 C.Y. Capacity | 1 | $1,053.00  ea | $1,053.00 | 01 |
| Post Construction Cleaning | 16 | $35.00  hr | $560.00 | 99 |
| | | **Total Room Price:** | $2,334.50 | |

**Total Estimate Price:**   $57,111.43

Case ID: 15010113

# ProMark Tree Service Inc.



ProMark Tree Service Inc.
3405 Big Road
Zieglerville, PA  19492

(610)754-7400
promarktreeservice@gmail.com
http://www.promarklandscaping.com/

## Estimate

| Date | Estimate No. |
|------|------|
| 03/24/2014 | 1080 |

| Exp. Date |
|-----------|
|           |

**Address**
Thomas Vasalli
325 Winding Way
Glenside, PA  19038

| Date | Activity | Quantity | Rate | Amount |
|------|----------|----------|------|--------|
| 03/24/2014 | Chip all down branches on the property. | 1 | 660.00 | 660.00 |
| 03/24/2014 | Prune white pine on the left side of the house.  Limbs over the house will be cut back, hanging branches will be removed. | 1 | 330.00 | 330.00 |
| 03/24/2014 | Remove Siberian elm back left corner of the house down the 2' above the rope swing | 1 | 495.00 | 495.00 |

Accepting this contract you agree to the attached Terms and Conditions.

| Total | $1,485.00 |
|-------|-----------|

Accepted By _____        Accepted Date _____

MAJOR CASE
JURY TRIAL WAIVED

**LAW OFFICES OF JONATHAN WHEELER, P.C.**
BY: Jonathan Wheeler, Esquire
Attorney I.D. No.: 12649
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
Phone: (215) 568-2900
Email: jwheeler@jwheelerlaw.com

| | |
|---|---|
| THOMAS VISALLI and<br>JODI VISALLI, h/w | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| vs. | JANUARY TERM, 2015 |
| ALLSTATE PROPERTY AND<br>CASUALTY INSURANCE COMPANY | NO. 01132 |

## AFFIDAVIT OF SERVICE

I, Jonathan Wheeler, Esquire, being duly sworn according to law depose and state that on

January 22, 2015, a true and correct copy of the Civil Action Complaint in the above captioned

matter was served upon Defendant by certified mail, and that I have attached the return receipt

that I have received indicating the delivery of same.

LAW OFFICES OF JONATHAN WHEELER, P.C.

BY: _____
JONATHAN WHEELER, ESQUIRE
Attorneys for Plaintiffs

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 5th DAY OF
February, 2015.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JEAN SQUITIERE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 17, 2016

Case ID: 150101132

*Law Offices of*
## Jonathan Wheeler, P.C.

Jonathan Wheeler, Esquire
Caleb H. Wheeler, Esquire
Anthony DiUlio, Esquire
Mario L. Barnabei, Esquire
*Admitted to PA & NJ Bars*

Pamela Kaplan, Paralegal

One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
215.568.2900
215.568.2901 fax
www.jwheelerlaw.com

E-mail: jwheeler@jwheelerlaw.com
501-4296

Our File No.:

January 13, 2015

Allstate Property & Casualty
  Insurance Company
3075 Sanders Road, Suite H1A
Northbrook, IL 60062-7127

> **Re:**   **Thomas Visalli, et al. v. Allstate Property & Casualty Insurance Co.**
> **CCP Philadelphia County, January Term, 2015, No. 01132**

Dear Sir/Madam:

Enclosed please find a true and correct copy of Plaintiffs' Civil Action Complaint filed against you in the Court of Common Pleas of Philadelphia County.  Please be advised that you have twenty (20) days in which to respond to this Complaint, pursuant to the Pennsylvania Rules of Civil Procedure, otherwise a default judgment may be filed against you.

Kindly forward this Complaint to your attorney immediately.

Very truly yours,

JONATHAN WHEELER

JW/js
Enclosure

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**
**NO. 7014 2870 0001 8004 0060**

Case ID: 150101132

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X  ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

Matthew Doroshok

1. Article Addressed to:

Allstate Property +
Casualty Insurance Co.
3075 Sanders Road
Suite H1A
Northbrook, IL 60062-7127

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JAN 22 2015

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*

7014 2870 0001 8004 0060

PS Form **3811**, July 2013      Domestic Return Receipt

Case ID: 150101132

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS VISALLI and | : | |
| JODI VISALLI, h/w, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CIVIL ACTION LAW |
| | : | |
| ALLSTATE PROPERTY & CASUALTY | : | |
| INSURANCE COMPANY, | : | CASE No.: |
| Defendant | : | |

## **CERTIFICATE OF SERVICE**

That counsel for Defendant, Allstate Property & Casualty Insurance Company, hereby

certifies that a true and correct copy of its Notice of Removal has been served upon all counsel of

record, via first-class mail, according to the Pennsylvania Rules of Civil Procedure, on the 23rd

day of February, 2015.

Jonathan Wheeler, Esquire
Law Offices of Jonathan Wheeler, P.C.
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA  19103

THE LAW OFFICES OF LAURA E. KERNS, LLC

BY:   /s/ Laura E. Kerns, Esquire
Laura E. Kerns, Esquire
Attorney for Defendant,
Allstate Property & Casualty Insurance Company
PMB 330
230 N. Maple Avenue, Suite B1
Marlton, New Jersey 08053
Phone: (856) 810-8600
Fax: (856) 810-8601
Email: laura@lkernslaw.com
Attorney I.D. #: 87021